# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ARNOLD ANDREW KELLY,

        Plaintiff,

v.                                      Case No: 6:16-cv-1149-Orl-40MCR

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

This cause is before the Court on Richard A. Culbertson's Unopposed Request for authorization to Charge A Reasonable Fee and memorandum on Reasonable Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 30) filed on January 17, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 25, 2019 (Doc. 31), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Richard A. Culbertson's Unopposed Request for authorization to Charge A Reasonable Fee and memorandum on Reasonable Fees Pursuant to 42 U.S.C. Section 406(b) (Doc. 30) is **GRANTED**. The Commissioner of the Social Security Administration

is **DIRECTED** to pay to Plaintiff's attorney, Mr. Culbertson, the sum of **$6,203.53** for § 406(b) fees, out of Plaintiff's past-due benefits.

    3.    The Clerk is **DIRECTED** to enter judgment accordingly.

**DONE AND ORDERED** in Orlando, Florida on March 12, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties